## Marlowe *v.* State.

APPEAL from Circuit Court of Bullock.
Tried before the Hon. A. A. EVANS.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny.

The judgment of conviction is affirmed.

Opinion by HARALSON, J.